UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TODD EVANS, | ) |
| Plaintiff, | ) 3:09-cv-0319-LRH-VPC |
| vs. | ) **ORDER** |
| E. K. McDANIELS, *et al.*, | ) |
| Defendants. | ) |

Plaintiff, an inmate at Ely State Prison, is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. On July 23, 2010, the court entered an order in this case, dismissing certain claims, and ordering plaintiff to file the final page of the complaint with the court and serve them on defendants. (Docket #11). On August 9, 2010, plaintiff filed both a motion for reconsideration of the court's order (docket #15) and a motion to amend the complaint (docket #16). The court, having reviewed plaintiff's motions, finds no basis for reconsideration of its prior order and no utility in the amendments proposed by plaintiff. Accordingly, plaintiff's motions will be denied.

**IT IS THEREFORE ORDERED** that plaintiff's motion for reconsideration of the court's order (docket #15) and a motion to amend the complaint (docket #16) are **DENIED**.

///

///

**IT IS FURTHER ORDERED** that plaintiff's failure to file with the court and serve on defendants the final pages of his original complaint as ordered by this court will result in the dismissal of this action. Plaintiff is granted ten (10) days from the date of service of this order to do so.

DATED this 11th day of August, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE