UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TODD EVANS, ) | |
| ) | |
| Plaintiff, ) | 3:09-cv-0319-LRH-VPC |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| E. K. McDANIELS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

The Court has considered the Report and Recommendation of United States Magistrate Judge Valerie P. Cooke (#21) entered on August 25, 2010, in which the Magistrate Judge recommends that the Plaintiff's Motion for Temporary Restraining Order (#9) be denied. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1   ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate
2   Judge (#21); therefore, Plaintiff's Motion for Temporary Restraining Order (#9) is denied.
3   IT IS SO ORDERED.
4
5   DATED this 15th day of September, 2010.
6
7
8   _____
    LARRY R. HICKS
9   UNITED STATES DISTRICT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26