UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| TODD EVANS, | ) | 3:09-CV-0319-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 28, 2011 |
| | ) | |
| E.K. McDANIEL, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:       LISA MANN           REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

　　Several motions are pending before the court. The court will address each motion in turn.

**#24 Motion for Discovery**

　　Plaintiff sent his discovery requests to the court requesting a court order for NDOC to produce certain documents. Federal Rules of Civil Procedure provide that discovery requests may be served on another party, not on the court. Pursuant to Local Rule 26-8, discovery-related papers are not filed unless ordered by the court. Therefore, plaintiff's motion for discovery (#24) is hereby **STRICKEN**.

**#26 Motion for Civil Process Service and Amendment of Defendants**

　　It appears to the court that by this motion, plaintiff is attempting to amend his complaint to add defendants. Plaintiff's motion (#26) is **DENIED.** If plaintiff wishes to amend his complaint and add defendants, he shall file a motion to amend complaint pursuant to Local Rule 15-1. Plaintiff is advised that he must attach the proposed amended pleading to any motion to amend so that it will be complete in itself without reference to the superseding pleading. The Clerk shall **SEND** to plaintiff a form for filing civil rights complaint.

**#40 Motion for Discovery**

By this motion, plaintiff is again requesting a court order for the NDOC to produce documents.  This motion (#40) is **STRICKEN** pursuant to Local Rule 26-8.

**#43 Motion to Compel Discovery**

Plaintiff filed a motion to compel discovery (#43) and defendants responded (#48).  Plaintiff's motion to compel (#43) is premature as plaintiff only served his discovery requests on defendants on December 31, 2010.  The thirty-day time period for a response has not yet expired.  Therefore, plaintiff's motion to compel discovery (#43) is **DENIED**.

**#44 Motion to amend and supplemental amendment**

Plaintiff's motion to amend and supplemental amendment (#44) is **DENIED**.  Pursuant to Local Rule 15-1, plaintiff must attach the proposed amended pleading in its entirety.

**#46 Motion for order to protect witnesses**

Plaintiff's motion for order to protect witnesses (#46) is **DENIED**.  Plaintiff has presented no facts or evidence that any witnesses in his case have been harassed or threatened.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:  /s/
Deputy Clerk